FILED
August 06, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA LORRAINE TELLES<br><br>Defendant. | Case No: EP:25-CR-01912-KC<br><br>**I N D I C T M E N T**<br><br>**CT1:** 18 USC § 111(a)(1) - Assault of a Federal Officer |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about July 14, 2025, in the Western District of Texas, Defendant,

**JESSICA LORRAINE TELLES**

intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, interfered with J.M., a person designated in Title 18, United States Code, Section 1114, who was then engaged in the performance of official duties, that is, the Defendant kicked J.M. in the back, thereby making physical contact ; all in violation of Title 18, United States Code, Sections 111(a)(1).

A TRUE BILL.

███████████████████████
FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____[signature]_____
Assistant U.S. Attorney