UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | NO. EP-25-CR-1912-KC(1) |
| | § | |
| JESSICA LORRAINE TELLES | § | |

**DEFENDANT'S EXHIBIT LIST**

| Exhibit No. | Description | Offered | Published | Admitted |
|---|---|---|---|---|
| 1. | Photo: Jessica Telles' Right Arm | | | |
| 2. | Photo: Jessica Telles' Upper Right Arm | | | |
| 3. | Photo: Jessica Telles' Right Wrist | | | |
| 4. | Photo: Jessica Telles' Left Inner Arm | | | |
| 5. | Photo: Jessica Telles' Left Forearm | | | |
| 6. | Photo: Jessica Telles' Left Thigh | | | |
| 7. | Video: PDN Secondary Bay 15 | | | |
| 8. | Video: PDN Post Pedestrian Primary | | | |
| 9. | Video: PDN Passport Control Secondary | | | |
| 10. | Photo: Carlos Rodriguez's Left Leg | | | |
| 11. | Photo: Carlos Rodriguez's Upper Right Arm | | | |
| 12. | Photo: Carlos Rodriguez's Upper Left Arm | | | |
| 13. | Photo: Carlos Rodriguez's Right Wrist | | | |
| 14. | Photo: Carlos Rodriguez's Top Hands | | | |
| 15. | Photo: Carlos Rodriguez's Wrists | | | |
| 16. | Photo: Carlos Rodriguez's Inner Wrists | | | |

Respectfully Submitted,

Maureen Scott Franco
Federal Public Defender


/S/
ELYSE SCHNEIDER
Assistant Federal Public Defender
Western District of Texas
Richard C. White Federal Building
700 E. San Antonio, D-401
El Paso, Texas 79901
(915) 534-6525
*Attorney for Defendant*


**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of November, 2025, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following: AUSA, Stanley Serwatka , Office of the U.S. Attorney, Richard C. White Building, 700 E. San Antonio, Suite 200, El Paso, TX 79901.


/S/
ELYSE SCHNEIDER
*Attorney for Defendant*