# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CAUSE NO: EP-25-CR-01912-KC |
| | § |
| JESSICA LORRAINE TELLES, | § |
| | § |
| Defendant. | § |

## GOVERNMENT'S EXHIBIT LIST

1. The video of Jessica Lorraine Telles;

2. The video of Rebecca Rodriguez;

3. The video of Carlos Rodriguez;

4. 13 port videos;

5. 10 photographs depicting the physical appearance of Jessica Lorraine Telles taken on July 14, 2025;

6. 10 photographs depicting the physical appearance of Carlos Antonio Rodriguez taken on July 14, 2025;

7. 10 photographs depicting the physical appearance of Rebecca Maryah Rodriguez taken on July 14, 2025;

8. A photograph of yellow scissors gate at Passport Control Secondary at the Paso del Norte Port of Entry taken on July 14, 2025;

9. Five photographs of CBP Officer Mireles, depicting his physical appearance on July 14, 2025;

10. Medical summaries for Carlos Antonio Rodriguez;

11. Medical summaries for Rebecca Maryah Rodriguez;

12. Medical summaries for Jessica Lorraine Tellez.

Government requests permission to amend exhibit list as necessary.

                                              Respectfully submitted,

                                              JUSTIN R. SIMMONS
                                              UNITED STATES ATTORNEY

                                              */s/ Stanley M. Serwatka*
                                              Stanley M. Serwatka
                                              Assistant United States Attorney
                                              Texas Bar No. 18038400
                                              700 East San Antonio, Suite 200
                                              El Paso, Texas 79901
                                              (915) 534-6884